**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| UNITED STATES AID FUNDS, INC.<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>GARY'S GRADING & LANDSCAPING<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION<br><br>CASE NO.: 6:07-CV-1140-ORL0190AB |

_____

## ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR RELIEF IN ITS MOTION FOR DEFAULT JUDGMENT

Plaintiff United Student Aid Funds, Inc. ("USA Funds") moves for entry of default judgment with supporting affidavits. (Docket Numbers 16, 17, 18, 19, and 20). The Court has reviewed the papers submitted in support of the motion, is fully advised of the relevant facts and law, and orders as follows:

　　　　a.　　Defendant, Gary's Grading & Landscaping, ("Defendant") shall produce for inspection at the offices of USA Funds' counsel copies of payroll and all other records reflecting any consideration paid to Tabitha A. Killette since January 19, 2006, within fourteen (14) days of the date of entry of this order;

　　　　b.　　The State of Florida, Agency for Workforce Innovation, Unemployment Compensation, Request for Wage Records, is authorized to and shall release to counsel for USA Funds copies of all wage detail reports prepared and filed by or on behalf of Defendant on or after January 19, 2006, within 14 days after it is provided with a copy of this order;

　　　　c.　　Defendant shall pay to USA Funds an amount equal to 10% of each and every disposable pay paid or payable to Tabitha A. Killette since January 19, 2006, until the date of entry of this order, up to the amount Tabitha A. Killette owes the USA Funds, which the Court finds is $5,868.64 as of February 29, 2008, plus interest at a *per diem* rate of $0.96 per day thereafter until the date of this Order;

plus further collections costs incurred.   If the amount awarded pursuant to the preceding paragraph is not sufficient to pay USA Funds in full, Defendant shall remit on account of USA Funds' garnishment 10% of the disposable pay, payable by Defendant to Tabitha A. Killette from the date of this order, until Tabitha A. Killette's obligation to USA Funds is paid in full; and

       e.     USA Funds shall be permitted to recover its costs and reasonable attorneys' fees incurred in bringing this action and such other relief as the Court determines to be just, including punitive damages, and USA Funds may move for an award of those amounts at such time as the full extent of Defendant's liability and the amount of USA Funds' expenditures to enforce same become known.

       f.     USA Funds shall file a status report with this Court within ninety (90) days from the date of this Order and every ninety (90) days thereafter, advising the Court of the status of the case and what, if any, further relief is requested in this forum.  The Court declines to enter a Final Judgment of Default at this time.

DONE AND ORDERED at Orlando, Florida this ___16th__ day of April, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:
Kirstin J. Stinson, Esquire, Scruggs & Carmichael, P.A.
Jefferson M. Braswell, Esquire, Scruggs & Carmichael P.A.
C. Michael Magruder, Esquire, Law Office of C. Michael Magruder